## United States District Court for the Southern District of New York

HSBC BANK USA, NATIONAL ASSOCIATION AS
TRUSTEE FOR ELLINGTON LOAN ACQUISITION
TRUST 2007-2, MORTGAGE PASS-THROUGH
CERTIFICATES,SERIES 2007-2,

)          Plaintiff,

)   Index Number 68986/2024

MARINE DIXON, "JOHNDOE#1" through
"JOHN DOE#12," the Subject Property: last
twelve names being fictitious and unknown
to 361 SOUTH 7TH AVENUE plaintiff, the
persons or parties intended being the
MOUNT VERNON,NY 10550 tenants,
occupants, persons or corporations, if any,
having or claiming an interest in or lien
upon the premises, described in the
complaint,

)   In Equity.

Defendants,                                                )   Notice of Removal

---

To the Honorable Judge Alexandra D. Murphy

I, Dixon, Marine Lamow, coming now as defendant, respectfully shows the court:

1.          That the original complaint in this suit was filed in the Supreme Court, state of New York in and for the county of Westchester on the 9th day of September, 2024, by the plaintiffs licensed attorneys and is entitled: HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ELLINGTON LOAN ACQUISITION TRUST 2007-2, MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2007-2 hereinafter "Trustee Court action".

2.          That this is a suit in equity arising under the Constitution of the United States and that where the rights of the defendant are in jeopardy, and are those of a private citizen, are of those classes which the Constitution of the united states either confers or have taken under its protection and no adequate remedy for enforcement is provided by the forms and proceedings purely legal, the same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity vested by the Constitution of the United States, in which cannot be affected by the legislation of the states.

3.          That the subject matter in the trustee court action is directly related to subject matter coming before the Supreme Court in this suit and that the district court of the United States has exclusive and original jurisdiction in this matter.

4.          That the defendant deposited in the registered mails of the United States a NOTICE OF PRIORITY INTEREST, NOTICE OF TENDER, NOTICE OF SPECIAL DEPOSIT TO DEPUTY COURT CLERK, NOTICE OF APPOINTMENT TO TRUSTEE/FIDUCIARY OFFICER Daniel Ortiz a Special/Private/Proprietary trust relation in confidence and reliance to 300 QURROPAS ST. WHITE PLAINS, NEW YORK 10601, that was received on the 26th day of February, 2026 1:11 P.M. (RE963924324US/PS FORM 3811 #9590940286313244601499), with copies deposited in the registered mails of the United States to Hon. Judge Alexandra D. Murphy (RE380983683US)  March 18th, 2026 12:10 P.M. EST and the plaintiffs licensed attorneys (RE380983670US) March 17th, 2026 10:26 A.M. EST.

5.      That a conflict or variance of law arises, where the defendants purely equitable and constitutional rights and defenses are not cognizable according to the relief afforded by the Court's statutory forms and procedures.

6.      That the defendants pleading need be considered by the court as having legal effect on these proceedings, and that a definite, concrete and special justiciable suit presently exists between the parties. Touching the equitable and legal relations of the parties having adverse legal relations and that there is a bona fide, present and actual need for, and will admit, requires specific relief through a decree of a conclusive nature and character.

7.      Due to the Supreme Court's limited jurisdiction to produce all documents and securities to be brought forth for my inspection, such as Bid bond, Performance bond, and Settlement bond, etc., but not limited to the mentioned, hereby admit this notice of removal.

8.      That the defendant has provided plaintiff the, plaintiffs license attorneys and the Supreme Court, state of New York in and for the County of Westchester, A written notice of this notice of removal.

*Marne Dixon*

Private citizen

Proof of service
I, Dixon, Marine Lamow, hereby certify that a copy of the foregoing Notice of Removal was deposited in the registered mails of the United States on the 30th day of March, 2026 Delivered upon Westchester County municipal district attorney Susan Cacace.

Three Six One South Seventh Avenue
Mount Vernon, NY [10550]